393 A.2d 1294

Moser v. Moser, Appellant.

Argued April 13, 1978. Arnold D. Wilner, with him Joan P. Feldman, for appellant; William J. Schaaf, with him Will J. Schaaf, for appellee.

Decree affirmed.